This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,**

Plaintiff-Appellee,

v.                                                                     **NO. 34,389**

**DUSTIN EAST,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF CHAVES COUNTY**
**Steven L. Bell, District Judge**

Hector H. Balderas, Attorney General
Santa Fe, NM
M. Anne Kelly, Assistant Attorney General
Albuquerque, NM

for Appellee

Jorge A. Alvarado, Chief Public Defender
Allison H. Jaramillo, Assistant Appellate Defender
Santa Fe, NM

for Appellant

## MEMORANDUM OPINION

**GARCIA, Judge.**

{1}    Defendant is appealing from a district court order revoking his probation. We issued a second calendar notice continuing to propose to affirm on the sole issue raised in the docketing statement, relating to pre-sentence confinement credit. We granted Defendant's motion amend the docketing statement to add a challenge to the length of parole imposed in the judgment, and we proposed to reverse on that issue. Defendant has filed a notice indicating that he will not file a memorandum in opposition. [Ct. App. file at purple clip] The State has filed a response indicating that it agrees with our analysis on the parole issue. Accordingly, we reverse on the length of parole issue, and we affirm the appeal in all other respects.

**IT IS SO ORDERED.**

_____
**TIMOTHY L. GARCIA, Judge**

**WE CONCUR:**


_____
**JONATHAN B. SUTIN, Judge**


_____
**RODERICK T. KENNEDY, Judge**